UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKEEM SHERIFF,<br><br>                              Petitioner,<br><br>            -against-<br><br> PAUL ARTETA, et al.,<br><br>                              Respondents. | Case No. 1:26-cv-04071 (JLR)<br><br>**ORDER TO ANSWER** |

JENNIFER L. ROCHON, United States District Judge:

Petitioner has, through counsel, filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241.  The Court, having examined the Petition, hereby ORDERS that Respondents file an answer to the Petition by **June 1, 2026**, and Petitioner file any reply by **June 8, 2026**.  The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

Dated:  May 18, 2026
           New York, New York

                                        SO ORDERED.

                                        _Jennifer Rochon_
                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge