**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

 AKEEM SHERIFF,

Petitioner,

-against-                                                      26 **CIVIL** 4071 (JLR)

**JUDGMENT**

PAUL ARTETA, Sheriff, Orange County
Correctional Facility; MARKWAYNE MULLIN,
Secretary, Department of Homeland Security;
TODD LYONS, Acting Director, U.S. Immigration
and Customs Enforcement; and TODD BLANCHE,
U.S. Attorney General

Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 22, 2026, the Court GRANTS his habeas petition to the extent he seeks a bond hearing. Accordingly, by July 6, 2026, the immigration court must either (1) hold a bond hearing at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, or (2) release Petitioner. In determining whether to grant bond, the immigration judge shall consider, on the record, the availability of alternative conditions of release; in determining the amount of any bond imposed, the immigration judge shall consider the Petitioner's ability to pay. Respondents shall file an update with the Court, no later than July 7, 2026, certifying that Petitioner has received a bond hearing. Petitioner's request, under Mapp v. Reno, 241 F.3d 221 (2d Cir. 2001), for release pending the adjudication of his habeas petition is DENIED as moot.

**Dated:** New York, New York

June 23, 2026

TAMMI M. HELLWIG
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**