Law Offices of Edward Cuccia

EDWARD J. CUCCIA, ESQ.
YUYING ZHU, ESQ.
WILFREDO SUAREZ, ESQ.

July 20, 2026

To:
Honorable Jennifer L. Rochon
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Given that petitioner has withdrawn his motion to reopen and his motion to amend, the Clerk of Court is respectfully directed to close the motions at Dkts. 16 and 17.

Dated: July 21, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

Re: *Sheriff v. Arteta, et al.*
No. 26-cv-4071 (Rochon, J.)

**RE—NOTICE OF WITHDRAWAL OF MOTION TO REOPEN AND MOTION TO AMEND**

Dear Judge Rochon:

This Office represents Petitioner Akeem Sheriff, in the above referenced action, in his Petition for Writ of Habeas Corpus against Respondents: Paul Arteta, in his official capacity as Sheriff of the Orange County Correctional Facility; Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; Todd Blanche, in his official capacity as Attorney General; and Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security ("DHS").

On July 18, 2026, Petitioner filed a Motion to Reopen with attachments and a Motion to Amend with attachments. *See* Dkt. 16, 17. There has been no response to either of these motions. Petitioner respectfully withdraws both the Motion to Reopen with attachments, Dkt. 16, and the Motion to Amend with attachments, Dkt. 17. Petitioner has sought other counsel.

Petitioner provides this notice with observance of the Federal Rules of Civil Procedure, the Local Rules for the Southern District of New York, and this Court's individual rules.

Petitioner thanks the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ Edward J. Cuccia
Edward J. Cuccia, Esq.
Edward Cuccia, PC
195 Centre Street, 2nd Floor
New York, NY 10013